# United States District Court

**EASTERN DISTRICT OF TEXAS**
**TEXARKANA  DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CASE NO. 5:06CR47 |
| | § | |
| JASON HARRIS | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND FINDING DEFENDANT GUILTY

On this day, the Court considered the Findings of  Fact and Recommendation of United States Magistrate Judge Caroline M. Craven  regarding Defendants' plea of guilty to Count 1 of an Information in violation of Title 18, USC, Section 1343, Wire Fraud.   Having conducted a proceeding in the form and manner prescribed by Fed. R. Crim. P. 11,  the Magistrate Judge recommends that the Court accept the guilty plea of the Defendant. No objections to the Findings of Fact and Recommendation have been filed.  The Court is of the opinion that the Findings of Fact and Recommendation should be accepted.

It is accordingly ORDERED that the Findings of Fact and Recommendation of the United States Magistrate Judge, filed January 8, 2007, are hereby ADOPTED.

It is further ORDERED that, pursuant to Defendant's  plea agreement, the Court finds Defendant GUILTY of Count 1 of the Information  in the above-numbered cause.

**SIGNED this 24th day of January, 2007.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE